OPINION — AG — ** ILLEGAL FISHING — PUNISHMENT ** THE "JAIL SENTENCE" IS NOT MANDATORY. OF COURSE, IF THE PUNISHMENT IS FIXED BY THE COURT OR JURY AT IMPRISONMENT IN THE COUNTY JAIL, IT WOULD HAVE TO BE FOR NOT LESS THAN TEN DAYS OR MORE THAN ONE YEAR. (JAIL SENTENCE UPON CONVICTION OF POISONING OR DYNAMITING OF FISH) CITE: 29 O.S. 411 [29-411] (KILLING OF FISH, CRIMES AND PUNISHMENT) (LEWIS A. WALLACE)